Javier MENDOZA–VALENCIA; Sylvia Mendoza, Petitioners,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 08–72599.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 3, 2008.*

Filed Nov. 14, 2008.

Javier Mendoza–Valencia, pro se.

Wendy Benner–Leon, Esquire, U.S. Department of Justice Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

MEMORANDUM **

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reconsider removal proceedings.

We review the BIA's ruling on a motion to reconsider for abuse of discretion. *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004).

An alien who is subject to a final order of removal is limited to filing one motion to reconsider, and that motion must be filed within 30 days of the date of entry of a final order of removal. 8 U.S.C. § 1229a(c)(6); 8 C.F.R. § 1003.2(b)(1). Because petitioners' second motion to reconsider was filed beyond the 30–day deadline, the BIA did not abuse its discretion in denying petitioners' motion to reconsider as untimely and number-barred. *See id.*

Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

All other pending motions are denied as moot. The temporary stay of removal shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**